LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
RAVEN YIM, ESQ.
Nevada Bar No. 14972
**SPRINGEL & FINK LLP**
9075 W. Diablo Drive, Suite 302
Las Vegas, NV 89148
Telephone:  (702) 804-0706
Facsimile:    (702) 804-0798
E-Mail:         lfink@springelfink.com
                    ryim@springelfink.com

Attorneys for Defendant,
RESURGENT CAPITAL SERVICES, LP

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHADWICK M. FUJISHIGE, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RESURGENT CAPITAL SERVICES LIMITED PARTNERSHIP, a Foreign Limited Partnership; EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; and TRANS UNION LLC, a Foreign Limited-Liability Company,<br><br>　　　　Defendants. | Case No.:  2:20-CV-00974-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT RESURGENT CAPITAL SERVICES, LP'S TIME TO RESPOND TO COMPLAINT** |

***AMENDED* STIPULATION AND ORDER TO EXTEND DEFENDANT RESURGENT CAPITAL SERVICES, LP, TIME TO RESPOND TO COMPLAINT**

　　Defendant RESURGENT CAPITAL SERVICES, LP ("RESURGENT"), and Plaintiff CHADWICK M. FUJISHIGE ("PLAINTIFF") (collectively the "Parties"), stipulate and agree as follows:

　　1.　　RESURGENT requires additional time to investigate PLAINTIFF'S allegations and respond to PLAINTIFF'S Complaint. This is RESURGENT'S first request for an extension; and

2. The Parties hereby stipulate to extend RESURGENT'S time to respond to the Complaint from July 31, 2020, to August 28, 2020 (28 days).

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that RESURGENT'S response to PLAINTIFF'S Complaint shall be filed on or before August 28, 2020.

DATED this 31st day of July 2020.

COGBURN LAW OFFICES

By: */s/ Erik W. Fox (w/permission)*
ERIK W. FOX, ESQ.
NEVADA BAR NO. 8804
2508 ST. ROSE PARKWAY, SUITE 330
HENDERSON, NEVADA. 89074

Attorneys for Plaintiff,
CHADWICK M. FUJISHIGE

DATED this 31st day of July 2020.

SPRINGEL & FINK LLP

By: */s/ Leonard T. Fink*
LEONARD T. FINK, ESQ.
NEVADA BAR NO. 6296
RAVEN YIM, ESQ.
NEVADA BAR NO. 14972
9075 W. DIABLO DRIVE, SUITE 302,
LAS VEGAS, NV 89148

Attorneys for Defendant,
RESURGENT CAPITAL SERVICES, LP

**IT IS SO ORDERED:**

Dated this 31st day of July, 2020.

_____
Cam Ferenbach
United States Magistrate Judge

*AMENDED* STIPULATION AND ORDER TO EXTEND DEFENDANT RESURGENT CAPITAL SERVICE'S TIME TO RESPOND TO COMPLAINT

**From:** Erik W. Fox <EWF@cogburncares.com>
**Sent:** Friday, July 31, 2020 1:11 PM
**To:** Ben Mohandesi <bmohandesi@yumollp.com>
**Cc:** Leonard Fink <lfink@springelfink.com>; Raven Yim <ryim@springelfink.com>
**Subject:** Re: Chadwick M. Fujishige v. Resurgent Capital Services et al

Signature authorized

Erik Fox
Cogburn Law Offices
702.748.7777
cogburnlaw.com


**Erik W. Fox**
Attorney

2580 St. Rose Parkway, Suite 330
Henderson, NV 89074

Ph. (702) 748-7777
Fax (702) 966-3880

www.CogburnCares.com



On Jul 31, 2020, at 11:00 AM, Ben Mohandesi <bmohandesi@yumollp.com> wrote:


Erik,
Please see the attached stipulation to extend Resurgent's deadline to respond to August 28 (28 day extension).  Kindly confirm that we can e-sign for you and file the stipulation.  Thank you


--
Ben Mohandesi
**YU | MOHANDESI** LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA  90071
213.377.5505 Direct **|** 213.377.5501  Fax
www.yumollp.com

> This email, along with any attachments, is confidential and may well be legally privileged.  If you have received it in error, you are on notice of its status.  Please notify us immediately by reply e-mail and then delete this message from your system.  Please do not copy it or use it for any purposes, or disclose its contents to any other person.  Thank you for your cooperation.  To ensure compliance with Internal Revenue Service Circular 230, we inform you that any U.S. Federal Tax advice contained in this communication is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any tax-related matter[s] addressed herein.