1  JEREMY J. THOMPSON
   Nevada Bar No. 12503
2  CLARK HILL PLLC
3  3800 Howard Hughes Parkway, Suite 500
   Las Vegas, NV 89169
4  Tel: (702) 862-8300
   Fax: (702) 862-8400
5  Email: jthompson@clarkhill.com
   *Attorney for Defendant*
6  *Equifax Information Services LLC*

7

8  **UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**
9

10 CHADWICK M FUJISHIGE, an individual,   )
                                          ) **Case No. 2:20-cv-00974-RFB-VCF**
11              Plaintiff,                )
                                          )
12 vs.                                    ) **JOINT MOTION FOR EXTENSION OF**
                                          ) **TIME FOR DEFENDANT EQUIFAX**
13 RESURGENT CAPITAL SERVICES LIMITED     ) **INFORMATION SERVICES LLC TO**
   PARTNERHSIP, a Foreign Limited Partnership; ) **FILE ANSWER**
14 EQUIFAX INFORMATION SERVICES LLC, a    )
15 Foreign Limited-Liability Company; EXPERIAN ) **SECOND REQUEST**
   INFORMATION SOLUTIONS, INC., a Foreign )
16 Corporation; and TRANS UNION LLC, a Foreign )
   Limited-Liability Company,             )
17                                        )
                                          )
18              Defendants.               )

19   Defendant Equifax Information Services LLC ("Equifax") has requested an extension of

20 time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has

21 no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND

22 AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to

23 answer, move or otherwise respond to the Complaint in this action is extended from August 31,

24 2020 through and including **September 30, 2020**.  Equifax requests additional time in order to

25 . . .

26 . . .

27 . . .

28

allow the parties to actively engage in settlement discussions. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted this 28TH day of August, 2020.

CLARK HILL PLLC

By: /s/Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com

*Attorneys for Defendant Equifax Information Services LLC*

**_No opposition_**

/s/ Erik W. Fox, Esq.
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Erik W. Fox, Esq.
Nevada Bar No. 8804
COGBURN LAW OFFICES
2508 St. Rose Parkway, Suite 330
Henderson, NV 89074
Phone: (702) 748-7777
FAX: (702) 966-3880
Email: jsc@cogburnlaw.com
Email: efox@cogburnlaw.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: 9-3-2020

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 28th day of August, 2020, via the Court's CM/ECF system which will send notification to all counsel of record.

    Jamie S. Cogburn, Esq.
    Erik W. Fox, Esq.
    COGBURN LAW OFFICES
    2508 St. Rose Parkway, Suite 330
    Henderson, NV 89074
    Email: jsc@cogburnlaw.com
    Email: efox@cogburnlaw.com

    CLARK HILL PLLC

    By: /s/Jeremy J. Thompson
    Jeremy J. Thompson
    Nevada Bar No. 12503
    3800 Howard Hughes Pkwy, Suite 500
    Las Vegas, NV 89169
    Tel: (702) 862-8300
    Fax: (702) 862-8400
    Email: jthompson@clarkhill.com

    *Attorneys for Defendant Equifax Information Services LLC*